UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN VIDUREK,

                                    Plaintiff,                                    15-CV-2175 (LAP)

                    -against-                                     ORDER DIRECTING PAYMENT OF FEES
                                                                               OR IFP APPLICATION
RUBY J. KRAJICK, et al.,

                                    Defendants.

LORETTA A. PRESKA, Chief United States District Judge:

        Plaintiff brings this action *pro se*.   Within thirty days of the date of this order, Plaintiff

must either pay the $400.00 in fees that are required to file a civil action in this Court or submit a

fully completed and signed request to proceed *in forma pauperis*, that is, without prepayment of

fees (an "IFP application").

        To proceed with a civil action in this Court, a plaintiff must either pay $400.00 in fees – a

$350.00 filing fee plus a $50.00 administrative fee – or, to request authorization to proceed without

prepayment of fees, submit a signed IFP application.   *See* 28 U.S.C. §§ 1914, 1915.

        Plaintiff submitted the complaint without the filing fees or an IFP application.   Within

thirty days of the date of this order, Plaintiff must either pay the $400.00 in fees or submit the

attached IFP application.   If Plaintiff submits the IFP application, it should be labeled with docket

number 15-CV-2175 (LAP).   If the Court grants the IFP application, Plaintiff will be permitted to

proceed without prepayment of fees.   *See* 28 U.S.C. § 1915(a)(1).

        The Clerk of Court is directed to assign this matter to my docket, mail a copy of this order

to Plaintiff, and note service on the docket.   No summons shall issue at this time.   If Plaintiff

complies with this order, the action shall be processed in accordance with the procedures of the

Clerk's Office.   If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal.   *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated:   April 20, 2015
         New York, New York

*Loretta A. Preska*
_____
LORETTA A. PRESKA
Chief United States District Judge

2